IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | C/A NO.: 4:05 CR 00889-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MOTION** |
| EZEKIEL DENNISON, | ) | **FOR** |
| | ) | **CONTINUANC E** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant, by and through counsel, hereby moves this Honorable Court to continue the Motion hearing set for May 21, 2009 at 10:55 AM based upon the following:

1. That it is believed that this Motion was set based upon correspondence forwarded to the Honorable Terry L. Wooten by the Defendant, Ezekiel Dennison;

2. That a Rule 35 Motion has not been filed by the Government at this time;

3. That the attorney for Ezekiel Dennison has discussed this matter with him and the Defendant realizes that it is the obligation of the Government to file such a Motion; and,

4. That the Defendant, by and through counsel, would therefore consent to a continuance of his hearing beyond May 21, 2009, until such time that the Government files such Motion based upon the Defendant's "substantial assistance".

Attorney for the Defendant has spoken with Assistant United States Attorney, Brad Parham, and he consents to this matter being continued.

                                              RESPECTFULLY SUBMITTED

                                                    s/D. Craig Brown

                                              D. Craig Brown
                                              Attorney for Defendant
                                              616 South Coit Street
                                              Florence, South Carolina 29503
May 19, 2009                               (843) 662-4474 (Telephone)
Florence, South Carolina           (843) 662-6024 (Fax)