**NOTICE**
of
35(b) Resentencings & Revocations
**March 7 , 2017** @ 9:30 AM
HONORABLE TERRY L.WOOTEN
Chief Judge, U. S. District Court
Courtroom #1, McMillan Federal Building, Florence, S. C.

**35(b) RESENTENCINGS:**          *(defendant's presence not required for Rule 35(b) hearings)*

## REVOCATIONS

4:05cr889-TLW-1
Ezekiel Dennison aka OG (bond)     James Irvin, Retained     AUSA A.W. Bethea

4:03cr00647-TLW-1
Andre Junior Covington ( c )       AFPD William Nettles      AUSA A.W. Bethea

4:07cr1043-TLW-1
Reginald Wendell Parker (bond)     AFPD William Nettles      AUSA A. W. Bethea

4:07cr51-TLW-1
Jarvis Alonzo Davis ( c )          AFPD William Nettles      AUSA Brad Parham

4:08cr873TLW-1
Lucas Shaboo Covington ( c )       AFPD William Nettles      AUSA Brad Parham

4:06cr1001-TLW-3
Patrick McMillan Bragg ( c )       AFPD Mark McLawhorn       AUSA Brad Parham
aka Pacman

4:02cr00813-TLW-2
James Earl Martin (bond)           AFPD Mike Meetze          AUSA A.W.  Bethea
aka Skeet

4:06cr583-TLW-10
Michelle Lee Johnson (bond)        AFPD Mike Meetze          AUSA A.W. Bethea

4:12cr259-TLW-1
Carroll Lynn Williams ( c )        AFPD James Rogers         AUSA William Day